4:23-cv 278

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2023-02857 |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Melanie Bailey | 706-844-6714 | 1968 |

Street Address

305 Woodbine Ave
ROME, GA 30165

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Northwest Georgia Regional Commission | 15 - 100 Employees | |

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

Street Address

1 Jackson Hill Dr NE,
ROME, GA 30161

NOV 27 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address | | City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Race | Earliest: 01/01/2014    Latest: 01/09/2023 |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have been employed at the Northwest Georgia Area Agency on Aging (NWGA-AAA), since July 2014. I really like my current job; however, I have experienced racial discrimination and unfair treatment; some of the staff members that I supervise have as well, under the leadership of Lynne Reeves/AAA Director (White). Lynne Reeves has a pattern of using unfair practices and racial discrimination against Black staff members, while giving preferential treatment to White staff members, particularly Lindsay Wilson/AAA Assistant Director (White), her best friend and/or relative. For example, Lindsay Wilson started working at the Northwest Georgia Regional Commission (NW GA-AAA) in January 2014. Somehow, Lindsay was able to start as a case manager, although two other staff members, who started on the same date were more qualified, with years of 'related' case management experience. Lindsay has also received multiple promotions/raises. For example, in April 2016, Lindsay was promoted to Program Coordinator. Lynne was a part of the interview panel. In July 2016, Lynne was promoted to AAA Director and four months later (November 2016), she arbitrarily created a management position and promoted Lindsay to Program Manager; obviously, to make her resume more appealing. Four months later (March/2017), the Care Coordination Manager resigned, and Lynne informed the case managers that Lindsay had been promoted again and she would be supervising the case management staff. In late April 2017, I submitted my resume to Lynne for the vacant Program Coordinator

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Melanie Bailey** **01/09/2023** *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2023-02857 |
| | | and EEOC |

*State or local Agency, if any*

position. Lynne asked to meet with me, and she explained that the Program Coordinator position would not be a promotion; it would only be a lateral move and there would be no salary increase, so I decided to rescind my resume/application for consideration. (This position was a promotion and an increase, when Lindsay Wilson went into the position).In June 2017, a staff member informed me of the AAA Assistant Director job posting and she encouraged me to apply, due to my background experience/qualifications. I finally decided to apply, and I sent my resume to Lynne; she again asked to meet with me. Lynne explained that she "looked back over" my resume; she praised my experience and stated that she thought I would be a good fit for the Program Coordinator position. I was stunned and I told her that I was confused, because she had just told me weeks prior that it would be a "lateral move, with no promotion/no salary increase. Lynne then stated "Oh, well I-I would be willing to give you a bump" (increase), as if it's her money. I politely declined and told her that I was only interested in the Assistant Director position. Subsequently, Lynne conducted the interviews herself, without a panel and of course she selected Lindsay Wilson, although another employee Claudia Freeman (Black) and I both have master's degrees and many more years of related experience. During the same time, another manager resigned from the Access to Services Section position (currently ADRC Program Manager position), Lynne offered me the position, (a more challenging, but lower paying position). Lynne stated that she would be able to move me into the position, although interviewing for it. After much consideration, I did accept the position, although I knew it was totally unfair.In May 2021, it was brought to my attention that a staff member (Brooke Brown) that I supervise, noticed and relayed to other staff that our regional commission is the only commission not listed on the Open.Georgia.gov website, but the other 11 regional commissions in Georgia are listed on the website. When he asked Lindsay about it, she explained that Joey (Cumbie/Deputy Director) did not want our agency listed because people will go on the site to be nosy. When I followed up with Lynne, she confirmed that Joey doesnt want our commission listed; she also knew which staff had been talking about the Open Georgia website. She became very agitated, and went off on a tangent, stating "Brooke knew he was taking a pay cut before he came here; he knew; Lindsay told him what to expect and he accepted the position." I tried not to act stunned by her response and I simply said, "but transparency is a good thing, right?" She ignored me and stated, "I don't know why Brooke keeps talking about that website; he needs to just stay off of it!" I was stunned by her reaction and the fact that they do not want to be transparent. On June 21, 2022, Lynne Reeves followed up with me to inform me that only certain staff would be receiving an additional raise in my section - ADRC (Aging and Disability Resource Center). She explained that I would not receive an additional raise, because I am at the median salary for my position, which is not true. She also informed me that another employee (A. Dixon, - Black) would not receive an additional raise. Although I was upset, I simply said "OK." Lynne then stated, "I sense you're not OK; tell me what you're thinking." I then asked her how does she determine who gets a bump (raise)? Lynne became agitated stating, "it's for the employees who go above and beyond." I then explained to her that we have a problem and reminded her that some of the employees (White) that I supervise have issues and have not gone above and beyond and do not deserve additional raises. She began to tell me that she is good at her job, stating "yeah, I've got some bumps, but that's on Joey and Lloyd (Fraizer/Executive Director)." I asked her again how she determines who gets a raise, and without answering, she abruptly left my office.I considered filing a discrimination complaint after the meeting. I met with Phyllis Walker/Assistant Director -Workforce. She explained that we do not have an EEOC officer and that I would have to contact the EEOC directly. The next incident that prompted me to move forward with a complaint was on September 21, 2022. A counselor (Carrie Hobbs - White) I supervise forwarded an email to me regarding email communications that she had with another staff member (D. Wilson/Resource Specialist - White), who Lindsay Wilson supervises. The emails indicated that D. Wilson had sent an email to property managers in the Rossville GA area, indicating that our agency has COVID relief funds for rental assistance payments. D. Wilson replied to C. Hobbs via email, indicating that the clients and property managers were supposed to follow up with her directly, which makes no sense. D. Wilson is not a manager or a supervisor; she obviously received the directive from Lindsay to reach out to this specific area. I was livid, because we serve 15 counties in Northwest Georgia and not just one small rural section/city. Moreover, on several occasions, Lynne and Lindsay informed us that we were not able to assist clients with rental assistance payments, only groceries and utilities (See Attachment # 1-Email Rent Assist1.4.21). I forwarded the email to Lindsay to see what was going on and why my section (the contact center/starting point for services) was not informed that we were assisting clients with rent payments. Moreover, the counselors had been telling clients that we were unable to assist them with rent, as Lynne and Lindsay had previously stated verbally and via email. Lindsay did not respond back to me via email; instead, she called me the next morning, explaining that we had CARES funds that needed to be spent by the next week. Of course, I was not satisfied with her explanation. We cannot pick/choose which area/region or which clients we want to assist. Some clients did not receive rental assistance, because of these tactics. On 1/05/2023, I received an email from Lynne Reeves, indicating a job change, the Program Coordinator, T. Holbrook (White) will be the new Dementia Care Specialist for our AAA and we will not be filling the Program Coordinator position (See Attachment #2, Email.Jan5.2023). This move is unfair to the other counselors with seniority that probably wouldve wanted to apply for either position. Moreover, it is not fair to arbitrarily create positions for certain staff but deny others the opportunity to advance.Unfortunately, I had no choice, but to file this complaint. These unfair practices have

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Melanie Bailey**<br><br>01/09/2023<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

December 13, 2022

Employee:  Melanie Bailey
           305 Woodbine Ave
           Rome, Georgia 30165
           bailey979722@bellsouth.net
           706-844-6714

Employer:  Northwest Georgia Regional Commission (Boyd Austin/Executive Director)
           PO BOX 1798
           Rome, GA 30162
           706-295-6485

Last dates of most recent incidents of discrimination: 6/21/22, 9/21/22 and 1/05/2023

To Whom It May Concern:

I have been employed at the Northwest Georgia Area Agency on Aging (NWGA-AAA), since July 2014.  I really like my current job; however, I have experienced racial discrimination and unfair treatment; some of the staff members that I supervise have as well, under the leadership of Lynne Reeves/AAA Director (White).

Lynne Reeves has a pattern of using unfair practices and racial discrimination against Black staff members, while giving preferential treatment to White staff members, particularly Lindsay Wilson/AAA-Assistant Director (White), her best friend and/or relative.  For example, Lindsay Wilson started working at the Northwest Georgia Regional Commission – (NW GA-AAA) in January 2014.  Somehow, Lindsay was able to start as a case manager, although two other staff members, who started on the same date were more qualified, with years of 'related' case management experience.  Lindsay has also received multiple promotions/raises.  For example, in April 2016, Lindsay was promoted to Program Coordinator.  Lynne was a part of the interview panel.

In July 2016, Lynne was promoted to AAA Director and four months later (November 2016), she arbitrarily created a management position and promoted Lindsay to Program Manager; obviously, to make her resume more appealing.  Four months later (March/2017), the Care Coordination Manager resigned, and Lynne informed the case managers that Lindsay had been promoted again and she would be supervising the case management staff.

In late April 2017, I submitted my resume to Lynne for the vacant Program Coordinator position.  Lynne asked to meet with me, and she explained that the Program Coordinator position would not be a promotion; it would only be a lateral move and there would be no salary increase, so I decided to rescind my resume/application for consideration.  (This position was a promotion and an increase, when Lindsay Wilson went into the position).

I considered filing a discrimination complaint after the meeting. I met with Phyllis Walker/Assistant Director -Workforce. She explained that we do not have an EEOC officer and that I would have to contact the EEOC directly.

The next incident that prompted me to move forward with a complaint was on September 21, 2022. A counselor (Carrie Hobbs - White) that I supervise forwarded an email to me regarding email communications that she had with another staff member (D. Wilson/Resource Specialist - White), who Lindsay Wilson supervises. The emails indicated that D. Wilson had sent an email to property managers in the Rossville GA area, indicating that our agency has COVID relief funds for rental assistance payments. D. Wilson replied to C. Hobbs via email, indicating that the clients and property managers were supposed to follow up with her directly, which makes no sense. D. Wilson is not a manager or a supervisor; she obviously received the directive from Lindsay to reach out to this specific area. I was livid, because we serve 15 counties in Northwest Georgia and not just one small rural section/city. Moreover, on several occasions, Lynne and Lindsay informed us that we were **not** able to assist clients with rental assistance payments, only groceries and utilities (See Attachment # 1-Email Rent Assist1.4.21). I forwarded the email to Lindsay to see what was going on and why my section (the contact center/starting point for services) was not informed that we were assisting clients with rent payments. Moreover, the counselors had been telling clients that we were unable to assist them with rent, as Lynne and Lindsay had previously stated verbally and via email. Lindsay did not respond back to me via email; instead, she called me the next morning, explaining that we had CARES funds that needed to be spent by the next week. Of course, I was not satisfied with her explanation. We cannot pick/choose which area/region or which clients we want to assist. Some clients did not receive rental assistance, because of these tactics.

On 1/05/2023, I received an email from Lynne Reeves, indicating a job change, the Program Coordinator, T. Holbrook (White) will be the new Dementia Care Specialist for our AAA and we will not be filling the Program Coordinator position (See Attachment #2, Email.Jan5.2023). This move is unfair to the other counselors with seniority that probably would've wanted to apply for either position. Moreover, it is not fair to arbitrarily create positions for certain staff but deny others the opportunity to advance.

Unfortunately, I had no choice, but to file this complaint. These unfair practices have extended to the clients that we serve, and I will no longer let unfair tactics/issues roll off my back. I have additional examples and information including emails, documents/reports that will substantiate my claims. I will send additional information to the EEOC as needed.

Sincerely,

Melanie Bailey

706-844-6714
cc



(i) You forwarded this message on Thu 11/17/2022
11:54 AM

**Lindsay Wilson**                                    • • •

To: Leah Gentry;  Carrie Hobbs;  Rotricia Small;
    Brittny Kinnebrew;  Sonia Wiggins;  Amanda
    Capes;  Eileen Medrano;  Schervone Mosley

Cc: Melanie Bailey;  Jenny Williams

Mon 1/4/2021 4:11 PM    View less

Hi everyone,
We are still unable to assist with rent/mortgage
payments. Just wanted to let you all know.
Thanks,
Lindsay

• • •



**Lynne Reeves**
To: Lindsay Wilson;  Melanie Bailey
Cc: Michelle Green
Thu 1/5/2023 2:36 PM    View less

• • •

Hi, good afternoon.
I wanted to make you aware that Tiffani will have a job/title change effectively immediately.
She will be the new Dementia Care Specialist for our AAA.
Since many of her duties as Program Coordinator included caregiver programs, we will roll those into her new position and not be filling the Program Coordinator Position.
There are several things that I am working through that she will no longer be doing (i.e., training logs, HIPAA compliance, etc.).  I will let you know as I get to them and get it figured out.

Lynne Reeves MBA, RDN, LD
Director, Area Agency on Aging
Northwest Georgia Regional Commission

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/31/2023

**To:** Melanie Bailey
305 Woodbine Ave
ROME, GA 30165
Charge No: 410-2023-02857

EEOC Representative and email:      MICHELLE WRIGHT
Investigator
michelle.wright@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-02857.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
08/31/2023
Darrell E. Graham
District Director

**Cc:**
Douglas H Duerr
Elarbee, Thompson, Sapp & Wilson, LLP
229 PEACHTREE ST NE STE 800
Atlanta, GA 30303

Joey Cumbie
Northwest Georgia Regional Commission
3 JACKSON HILL DR NE
Rome, GA 30161

Please retain this notice for your records.