**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

MELANIE BAILEY,
Plaintiff,

vs.

NORTHWEST GEORGIA REGIONAL
COMMISSION
Defendant.

CIVIL ACTION FILE

NO. 4:23-cv-00278-WMR

**J U D G M E N T**

This action having come before the Court, William M. Ray, II, United States District

Judge, for consideration of the Magistrate Judge's Report and Recommendation, with the Court

having adopted said Recommendation, it is

**Ordered and Adjudged** that this action is **DISMISSED WITHOUT PREJUDICE** for

failure to prosecute. See Fed. R. Civ. P. 4(m) & 41(b); see also N.D. Ga. Civ. R. 41.3(A)(2).

Dated at Rome, Georgia this 2nd day of October, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ T. Frazier
        Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
 October 2, 2024
 Kevin P. Weimer Clerk
 of Court

By: s/ T. Frazier
Deputy Clerk